DATE:
TOPIC:

Your honor,

I want to start by thanking you for knowing something was wrong and allowing me to receive treatment. My actions were not showing you the kind of person I am. This past year has changed my world. I have 3 kids living with me all because right choice by right choice and little by little I was given the tools to survive. I had a internal struggel with mental health and I was in a dangerous situation a year ago. Today I have a year clean. Thank you for allowing me treatment. I think that Dream Court was perfect for my family but sometimes we don't get what we really want and think is best. I tried really hard to face my mental illnesses. It took time away from drugs to actually be able to see my symptoms and what was going wrong. I've enjoyed all my probation officers. Jennifer VanHam was a huge encouragement and a force of God. I needed to be accountable to her and have her to help me. She is increadible to know & her knowlege is so useful. I also had the pleasure working with Linda while I was in treatment and I always felt like I had people who believed in me. Thank you for that. It made a total differance in my ability to learn total honesty. I am a new woman today. A strong single mom of the most incredable kids. I've been building trust with my pre-teens. I've shown them that sometimes illnesses you can't see but their still treatable and that they can love me even though I am going to prislon. I'm proud of my past year. Today I am a responsable, productive mom. Everyday I do my best because its what my heart wants

Questions:

Ideas: but sometimes

Action: treatment

☐ strong  ☐ single
☐ I've been
☐ shown them
☐ but their
☐ love me

Transfer to your planner!

Exhibit 1, p. 1

Gods Grace is what allowed me to Forgive myself and rebuild my Character. I do things with intent for good. I Fallow rules even when no one is watching. Everyday I use to the best I can. I use my causeling resources and Drs advice to keep my mental illness manageable. I use every tool I've been learning. My future is bright and I think Gods going to use me and my testamony to help others. I can show others his love through my love. I respect laws and appologize for all the caious I've caused. I am a totally different person today, thanks for beleiveing in me.

Thank you
Melissa Godfrey

Exhibit 1, p. 2