The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA GODSEY,<br><br>Defendant. | No. CR18-115-RAJ<br><br>**AMENDED ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture seeking to forfeit, to the United States, Defendant Melissa Godsey's interest in the following property:

    A sum of money in the amount of $24,695.58, representing proceeds the Defendant obtained from Bank Fraud, in violation of 18 U.S.C. § 1344.

The Court, having reviewed the record, FINDS:

The proceeds of Bank Fraud, 18 U.S.C. § 1344, are forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A);

In her plea agreement, the Defendant agreed to forfeit the above-identified sum of money pursuant to 18 U.S.C. § 982(a)(2)(A), as it reflects the proceeds she obtained as a result of Bank Fraud (Dkt. No. 30, ¶ 13); and,

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States has agreed it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution ordered in this case. *Id.*

Fed. R. Crim. P. 32.2(c)(1) provides "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 982(a)(2)(A) and her plea agreement, the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2) No right, title or interest in the identified sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to the Defendant at the time she is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this forfeited sum of money, in whole or in part, the United States may move to amend this Order, at any time, to substitute property having a value not to exceed the amount of this sum of money; and,

5) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 28th day of June, 2019.

THE HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Order of Forfeiture, CR18-115-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 Presented by:
2
3 _____
4 STEPHEN P. HOBBS
Assistant United States Attorney
5 United States Attorney's Office
700 Stewart St Ste 5220
6 Seattle, WA 98101-4438
7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970