THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-115-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DATE FOR VOLUNTARY SURRENDER |
| MELISSA GODSEY, | ) | |
| Defendant. | ) | |

This Court has considered Melissa Godsey's Motion to Extend Date for Voluntary Surrender to January 28, 2020, together with her proposed Order, the Government's Withdrawal of its Opposition, and the records and pleadings already on file. It is, therefore,

ORDERED that Defendant Melissa Godsey's Motion to Extend Date for Voluntary Surrender to January 28, 2020 (Dkt. #46), is GRANTED. Defendant Melissa Godsey shall self-surrender to FCI Dublin, California, on January 28, 2020.

DATED this 23rd day of September, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS MOTION
TO EXTEND DATE FOR VOLUNTARY
SURRENDER
(*US v. Melissa Godsey*; CR18-115RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**